STEPHEN G. PONG RATZ, SBN (131276)
BEYER PONGRATZ & ROSEN
3230 Ramos Circle
Sacramento, California 95827
Telephone: (916) 369-9750
Facsimile: (916) 369-9760

Attorneys for Plaintiff
  THOMAS JACQUES

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS JACQUES, | CASE NO: 2:05-cv-1994-MCE-DAD |
| Plaintiff, | |
| v. | **PLAINTIFF'S APPLICATION TO APPEAR TELEPHONICALLY AT THE FINAL PRETRIAL CONFERENCE** |
| ALLSTATE INSURANCE, LORI LAURITZEN and DOES 1 through 50, inclusive | |
| | Date: April 9, 2007 |
| | Time: 1:30 p.m. |
| Defendants. | Dept: Courtroom 3, 15th Floor |
| | Honorable Morrison C. England, Jr. |

   COMES NOW Plaintiff, Thomas Jacques, by and through his attorney Stephen G. Pongratz, applies to this Court for the Court's permission to appear telephonically at the Final Pretrial Conference on April 9, 2007 at 1:30 p.m. in Courtroom 3, 15th Floor from his location out overseas and provide this Honorable Court with the telephone number counsel will be available at during the date and time of the hearing.

   Counsel for Plaintiff, Thomas Jacques, is unavailable on the following dates: April 1, 2007 through April 12, 2007, due to a previously scheduled partner retreat overseas. Counsel for Defendants, Allstate Insurance and Lori Lauritzen, were notified of the physical unavailability of counsel for Plaintiff on or about February 6, 2007 and has agreed that Plaintiff's counsel may be allowed to appear telephonically at the Final Pretrial Conference.

1  Casey LeClair, an attorney with the law firm representing Plaintiff, will be present at the
2  Conference.  Attorney LeClair is familiar with the case and has assisted Attorney Pongratz in
3  representing Plaintiff in various stages of the litigation process.  Attorney Pongratz would also,
4  however, request that he be allowed to appear at the Conference by phone.
5       Plaintiff now applies to this Court for an Order granting Plaintiff's Application to Appear
6  Telephonically at the Pretrial Conference.

                                                  Respectfully Submitted
                                                  Beyer, Pongratz & Rosen

Dated: March 19, 2007                          By:____/s/_____
                                                  Stephen G. Pongratz
                                                  Attorney for Plaintiff

STEPHEN G. PONG RATZ, SBN (131276)
BEYER PONGRATZ & ROSEN
3230 Ramos Circle
Sacramento, California 95827
Telephone: (916) 369-9750
Facsimile: (916) 369-9760
Attorneys for Plaintiff
THOMAS JACQUES

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS JACQUES, | CASE NO: 2:05-CV-01994-MCE-DAD |
| Plaintiff, | (E-filing) |
| vs. | **ORDER GRANTING PLAINTIFF'S APPLICATION TO APPEAR TELEPHONICALLY AT THE FINAL PRETRIAL CONFERENCE** |
| ALLSTATE INSURANCE, LORI LAURITZEN and DOES 1 through 50, inclusive | |
| Defendants. | Date: April 9, 2007<br>Time: 1:30 p.m.<br>Dept: Courtroom 3, 15th Floor<br>Honorable Morrison C. England, Jr. |

Plaintiff THOMAS JACQUES' request dated March 19, 2007, for an order granting

Plaintiff's Counsel the opportunity to appear telephonically having been considered and;

///

///

///

///

///

///

1  IT APPEARING TO THE SATISFACTION OF THE COURT that good cause exists for
2  the request to appear telephonically at the Final Pretrial Conference on April 9, 2007 at 1:30
3  p.m., Courtroom 3, 15th Floor, the request is granted and Plaintiff's counsel will be allowed to
4  appear telephonically from his location overseas.  Counsel will be contacted by the court clerk at
5  the following telephone number: (916) 870-6269 or at a number to be provided to the clerk at
6  least five (5) days prior to the scheduled conference.

7  IT IS SO ORDERED.

8

9  Dated: March 23, 2007

10  _____
   MORRISON C. ENGLAND, JR.
11  UNITED STATES DISTRICT JUDGE