1  Stephen G. Pongratz SBN 131276
   BEYER, PONGRATZ & ROSEN
2  A Professional Law Corporation
   3230 Ramos Circle
3  Sacramento, CA 95827
   Telephone: (916) 369-9750
4  Facsimile: (916) 369-9760

5  Attorneys for Plaintiff
   THOMAS JACQUES
6

7  SEYFARTH SHAW LLP
   William M. Brown (SBN 127562)
8  Min Ho Lee (SBN 221088)
   400 Capitol Mall, Suite 2300
9  Sacramento, California 95814-4428
   Telephone: (916) 448-0159
10 Facsimile: (916) 558-4839

11 Attorneys for Defendant
   ALLSTATE INSURANCE COMPANY
12

13
                    UNITED STATES DISTRICT COURT
14
                    EASTERN DISTRICT OF CALIFORNIA
15

16
   THOMAS JACQUES                              )   Case No. 2:05-cv-01994-MCE-DAD
17                                             )
                 Plaintiff,                    )   **JOINT STIPULATION AND ORDER**
18                                             )   **TO CONTINUE TRIAL DATE**
          v.                                   )
19                                             )   **The Hon. Morrison C. England, Jr.**
   ALLSTATE INSURANCE COMPANY, LORI )
20 LAURITZEN, and DOES 1 through 50,           )   Current Trial Date: August 27, 2007
   inclusive,                                  )
21                                             )   Proposed New Trial Date: October 29, 2007
                 Defendants.                   )
22                                             )
                                               )
23                                             )
                                               )
24

25        **IT IS HEREBY STIPULATED AND AGREED** by and between Thomas Jacques

26 ("Plaintiff") and Allstate Insurance Company ("Defendant"), through their respective

27 undersigned counsel, that the trial date will be continued from August 27, 2007 at 9:00 a.m. to

28 October 29, 2007 at 9:00 a.m. and in limine motions and other court deadlines will be continued

1

1 | to the dates, to be determined by the Court, in accordance with the continued date for trial.

2

3 | DATED: August 6, 2007

4

5 | By_____
        Stephen G. Pongratz
6 | Attorneys for Plaintiff
    THOMAS JACQUES

7

8 | DATED: August 6, 2007            SEYFARTH SHAW LLP

9

10 | By_____
         William M. Brown
11 |     Min Ho Lee
    Attorneys for Defendant
12 | ALLSTATE INSURANCE COMPANY

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

## ORDER

**IT IS HEREBY ORDERED THAT** the trial date is continued from August 27, 2007 at 9:00 a.m. to October 29, 2007 at 9:00 a.m.  The parties may renotice the limine motions for October 25, 2007 at 2:00 p.m. in Courtroom 3 before the Honorable Judge England.  Only the previously filed in limine motions will be heard.  Absent good cause, the Court will not entertain any new in limine motions that were not previously noticed in conjunction with this trial.

Dated:  August 6, 2007

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LA1 6647698.1