Stephen G. Pongratz SBN 131276
BEYER, PONGRATZ & ROSEN
A Professional Law Corporation
3230 Ramos Circle
Sacramento, CA 95827
Telephone: (916) 369-9750
Facsimile: (916) 369-9760

Attorneys for Plaintiff
THOMAS JACQUES

SEYFARTH SHAW LLP
William M. Brown (SBN 127562)
400 Capitol Mall, Suite 2300
Sacramento, California 95814-4428
Telephone: (916) 448-0159
Facsimile: (916) 558-4839

SEYFARTH SHAW LLP
Min Ho Lee (SBN 221088)
2029 Century Park East, Suite 3300
Los Angeles, California 90067
Telephone: (310) 277-7200
Facsimile: (310) 282-6969

Attorneys for Defendant
ALLSTATE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS JACQUES | Case No. 2:05-CV-01994-MCE-DAD |
| Plaintiff, | **JOINT STIPULATION AND ORDER SHORTENING TIME FOR NOTICE AND HEARING ON DEFENDANT ALLSTATE INSURANCE COMPANY'S MOTION FOR RECONSIDERATION OF THE COURT'S ORDER FOLLOWING MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| ALLSTATE INSURANCE COMPANY, LORI LAURITZEN, and DOES 1 through 50, inclusive, | |
| Defendants. | **Date:** Sept. 28, 2007<br>**Time:** 9:00 a.m.<br>**Dept.:** 3 |
| | **The Honorable Morrison C. England, Jr.** |
| | **TRIAL DATE: OCT. 29, 2007** |

**IT IS HEREBY STIPULATED AND AGREED** by and between Thomas Jacques ("Plaintiff") and Allstate Insurance Company ("Defendant"), through their respective undersigned counsel, that Defendant's Motion for Reconsideration of the Court's Order Following Motion for Summary Judgment will be set for September 28, 2007 on shortened time.  Plaintiff's Opposition will be due on September 19, 2007, and Defendant's Reply will be on September 25, 2007.  The Opposition and Reply will be served on each side electronically by 5:00 p.m. on the day they are due.

DATED:  September 11, 2007

By_____
          Stephen G. Pongratz
Attorneys for Plaintiff
THOMAS JACQUES

DATED:  September 11, 2007                SEYFARTH SHAW LLP

By_____
           William M. Brown
               Min Ho Lee
Attorneys for Defendant
ALLSTATE INSURANCE COMPANY

**ORDER**

**IT IS HEREBY ORDERED THAT** the hearing on Defendant Allstate Insurance Company's Motion for Reconsideration of the Court's Order Following Motion for Summary Judgment is set for September 28, 2007 at 9:00 a.m. on shorten time. Plaintiff's Opposition to the Motion will be due on September 19, 2007, and Defendant's Reply will be due on September 25, 2007. The Opposition and Reply will be served on each side electronically by 5:00 p.m. on the day they are due.

DATED: September 18, 2007

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE