1  SEYFARTH SHAW LLP
   William M. Brown (SBN 127562)
2  Min Ho Lee (SBN 221088)
   400 Capitol Mall, Suite 2300
3  Sacramento, California 95814-4428
   Telephone: (916) 448-0159
4  Facsimile: (916) 558-4839

5  Attorneys for Defendant
   ALLSTATE INSURANCE COMPANY
6

7

8

9                    UNITED STATES DISTRICT COURT

10                   EASTERN DISTRICT OF CALIFORNIA

11 | THOMAS JACQUES | ) | Case No. 2:05-CV-01994-MCE-DAD |
|---|---|---|
12 | Plaintiff, | ) ) | **STIPULATED DISMISSAL WITH PREJUDICE** |
13 | v. | ) ) | |
14 | ALLSTATE INSURANCE COMPANY, LORI LAURITZEN, and DOES 1 through 50, | ) ) ) | |
15 | inclusive, | ) ) | |
16 | Defendants. | ) ) | Trial Date:    November 5, 2007 |

17

18      The parties to this action have reached a resolution of the dispute and hereby stipulate

19 that the action under this case number, specifically Case No. Civ. 2:05-CV-01994-MCE-DAD,

20 should be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a), with each

21 party to bear their own attorneys fees and costs and with no party determined to be a prevailing

22 party for any purpose.

23      The parties seek the Court's approval of dismissal of this action with prejudice, through

24 the order listed *infra*.

25

26

27

28

                                         1

SC1 17087784.1

| | |
|---|---|
| DATED: October 29, 2007 | BEYER, PONGRATZ & ROSEN |
| | |
| | By _____ |
| | Stephen G. Pongratz |
| | Casey J. LeClair |
| | Attorneys for Plaintiff |
| | THOMAS JACQUES |
| | |
| DATED: October 29, 2007 | SEYFARTH SHAW LLP |
| | |
| | By _____ |
| | William M. Brown |
| | Min Ho Lee |
| | Attorneys for Defendant |
| | ALLSTATE INSURANCE COMPANY |

**IT IS SO ORDERED.**

Date:  October 29, 2007

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

SC1 17087784.1